# Court of Appeals
# of the State of Georgia

ATLANTA,   September 22, 2014

*The Court of Appeals hereby passes the following order:*

## A15I0017.   ALESIA   BARBOUR-AMIR   v.   COMCAST   OF GEORGIA/VIRGINIA, INC.

Alesia Barbour-Amir filed suit against Comcast of Georgia/Virginia, Inc.  The trial court granted summary judgment to the defendant, and Barbour-Amir filed this application for interlocutory appeal. Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment may be appealed directly.  See *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989).  The order in this case is thus subject to direct appeal. This Court will grant an otherwise timely interlocutory application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Therefore, this application is hereby GRANTED.

Barbour-Amir shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the state court is directed to include a copy of this order in the appeal record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/22/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*